UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHY WADE, NORMAN ROGERS, AND OTHERS SIMILARLY SITUATED | CIVIL ACTION |
| VERSUS | NO. 12-0754 |
| LIMOUSINE LIVERY, LTD. | SECTION "N" (3) |

### ORDER

Counsel for the parties have advised the Court that a proposed settlement has been reached in this matter.  Accordingly, **IT IS ORDERED** that:

(1)  The October 10, 2013 pre-trial conference and October 21, 2013 trial are **CANCELLED**.

(2) Defendant's pending motions (Rec. Docs. 123-26 and 128) are **DENIED WITHOUT PREJUDICE**.

(3)  A settlement fairness hearing will be held on Wednesday, November 6, 2013, at 10:00 a.m.

(4) Counsel are to prepare a notice to claimants regarding the proposed settlement, the fairness hearing, the procedure for filing any objection(s) to the proposed settlement, and the deadline for any such objection(s).

New Orleans, Louisiana, this 26th day of September 2013.

_____
**KURT D. ENGELHARDT**
**United States District Judge**